UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SABRA GALVAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUSANNE LEVASSEUR, )<br>)<br>Defendant. ) | 1:15-cv-00283-JAW |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 30, 2016 (ECF No. 31), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss (ECF No. 29) be and hereby is GRANTED and Plaintiff's Amended Complaint (ECF No. 23) be and hereby is DISMISSED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 19th day of July, 2016